IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| BRIAN THORNSBERRY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 11-0877-CV-W-HFS |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

The parties have filed a stipulation of dismissal with prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed with prejudice, with each party to bear its owns costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

March 7, 2012

Kansas City, Missouri